◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN ABRAHAMSEN, Appellant. [38 NYS3d 420]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles Solomon, J.), rendered October 28, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence

not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Renwick, J.P., Richter, Manzanet-Daniels, Feinman and Kapnick, JJ.